GREEN CHEEK and all unknown heirs at law of MOLLIE M. MERCER, deceased, *Defendants,* and JANIE BAXTER CARROLL, E. N. POOLE, CHARLEY A. BRAY, G. F. STEWART, J. B. STEWART, P. L. STEWART, LESLIE WATLEY, VIOLA LANDIN, SHERMAN J. MERCER, S. J. MERCER, PATSY SANDERS, et al., *Appellants,* v. J. P. CHEEK and MRS. J. J. HIRES, a widow, *Appellees.*

146 So. 192.

Opinion filed February 8, 1933.

Re-hearing Denied February 23, 1933.

*Mack H. Padgett, Stafford Caldwell* and *J. B. Hodges,* for Appellants;

*Jno. F. Harrell* and *J. L. Blackwell,* for Appellees.

PER CURIAM.—On rehearing of this cause the Court is of the opinion that the opinion and judgment filed herein on

the 14th day of November, 1932, should be cancelled and held for naught and it is so ordered.

It appears that the petition of the appellants as presented in the Circuit Court contains sufficient allegations to *prima facie* entitle the petitioners to intervene as therein prayed. The order appealed from is, therefore, reversed and the cause remanded for further proceedings in accordance with law and equity.

It is so ordered.

Reversed and remanded.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., and ROWE, Circuit Judge, concur.